Opinion issued May 9, 2003









In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00462-CV

____________


IN RE PAUL STEPHEN WARE, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator Paul Stephen Ware has filed (1) a petition for a writ of mandamus
complaining of Judge Motheral's (1) November 21, 2002 denial of Ware's special
appearance to a motion to enforce $22,144 in unpaid child support and (2) a motion
for temporary relief. On November 21, 2002, Judge Motheral also issued a capias for
Ware's arrest.

 We deny the both the petition for a writ of mandamus and the motion for
temporary relief.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Higley.
1. 
 -